UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART-STORES, INC. STORE #1903,<br><br>　　　　　Defendant. | No. 2:16-cv-2420-MCE-EFB PS<br><br><br>ORDER |

  Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 5. The Local Rules provide that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception. Points and authorities are not required, and no argument or hearing will normally be held." E.D. Cal. L.R. 133(b)(3).

  Plaintiff asserts that he should be permitted to file documents electronically because he resides in Penn Valley, California, which is about 75 miles away from the courthouse. ECF No. 5 at 1. He explains that he lacks the means to travel to the court to file documents and to serve his motions on defendants.

1       Plaintiff's request does not indicate whether a stipulation to file electronically could be
2 had, nor does he demonstrate that he will suffer any prejudice by having to file paper documents
3 with the clerk's office.  Plaintiff may mail documents to the clerk's office and need not travel to
4 the courthouse every time he needs to file a document.  Further, defendant will automatically
5 receive service of all documents plaintiff files with the court through the court's case
6 management and electronic case files system.  *See* E.D. Cal. L.R. 133(a) and 135(a).  Thus,
7 plaintiff has not provided a sufficient basis for permitting him to file electronically.
8       Accordingly, plaintiff's request to file electronically (ECF No. 5) is denied.
9 DATED:  November 17, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2